Stephanie A. Strickler (IL6314089)
166 W. Washington St., Suite 300
Chicago, IL 60602
(312) 334-3465 Telephone
(312) 334-3434 Facsimile
sstrickler@messerstilp.com
PRO HAC VICE

Attorney for Defendant
SQUARETWO FINANCIAL CORP.
CACH, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA JOAQUIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SQUARETWO FINANCIAL CORPORATION; CACH, LLC; AND, MANDARICH LAW GROUP, LLP,<br><br>    Defendants. | CASE NO. 2:15-cv-06427-MWF-JC<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS SQUARETWO FINANCIAL CORPORATION AND CACH, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Honorable Michael W. Fitzgerald |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SquareTwo Financial Corporation and CACH, LLC hereby withdraws its Motion to Compel Arbitration and to Stay Claims.

On October 9, 2015, Defendants' Counsel attempted to contact Plaintiff's Counsel to provide notice of their intent to withdraw the Motion to Compel, but Plaintiff's Counsel was out of the office.

Defendants SquareTwo Financial Corporation and CACH, LLC withdraws their Motion to Compel Arbitration and to Stay Claims without prejudice and reserves the right to renew its Motion after seven (7) days pursuant to the Local Rules.

Dated: October 9, 2015          MESSER, STILP & STRICKLER, LTD.

                                By   /s/Stephanie A. Strickler
                                Attorney for Defendants
                                SQUARETWO FINANCIAL CORPORATION
                                CACH, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2015, a true and accurate copy of the foregoing **Defendants SQUARETWO FINANCIAL CORPORATION and CACH, LLC's Notice of Withdrawal Notice of Motion and Motion to Compel Arbitration and to Stay Claims; Memorandum of Points and Authorities in Support Thereof** was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

By    /s/Stephanie A. Strickler
Attorney for Defendants
SQUARETWO FINANCIAL CORPORATION
CACH, LLC