UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-6427-MWF(JCx)**                                Dated: **April 5, 2016**

Title:   Veronica Joaquin -v- SquareTwo Financial Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

On December 16, 2015, this Court issued an Order staying the action, and compelling arbitration [40]. In addition, counsel was order to file a joint status report with the Court every 90 days, until the arbitrator issues a decision. The first joint report was due March 16, 2016 and has not been filed.

Plaintiff is ordered to file the joint report, and show cause in writing, no later than **April 12, 2016**, as to why this action should not be dismissed for failure to comply with this Court's order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                         Initials of Deputy Clerk   cw
CIVIL - GEN