**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Veronica Joaquin

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERONICA JOAQUIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**SQUARETWO FINANCIAL CORPORATION; CACH, LLC; AND, MANDARICH LAW GROUP, LLP,**<br><br>Defendants. | **Case No.:** CV15-6427 MWF (JCx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff VERONICA JOAQUIN ("Plaintiff") and Defendants SQUARETWO FINANCIAL CORPORATION; CACH, LLC; and, MANDARICH LAW GROUP, LLP ("Defendants") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 6, 2016 for filing a Joint Dismissal.

Dated: April 6, 2016                    Respectfully submitted,

                              **KAZEROUNI LAW GROUP, APC**

                              By: _____/s/ Matthew M. Loker____
                                   MATTHEW M. LOKER, ESQ.
                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 6th day of April, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                              ___/s/ Matthew M. Loker___
                              Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626