UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-6427-MWF(JCx)**                                          Dated: **April 7, 2016**

Title:      Veronica Joaquin -*v*- SquareTwo Financial Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

    On April 5, 2016, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. On April 6, 2016, Plaintiff's counsel filed a Notice of Settlement. The Court deems that response satisfactory, and orders the Order to Show Cause discharged.

    In light of the Notice of Settlement, the Court sets a hearing on Order To Show Cause Re: Dismissal for **June 6, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                          Initials of Deputy Clerk   cw
CIVIL - GEN

-1-