JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**VERONICA JOAQUIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

    Plaintiff,

    v.

**SQUARETWO FINANCIAL CORPORATION; CACH, LLC; AND, MANDARICH LAW GROUP, LLP,**

    Defendants.

**Case No.:** CV15-6427 MWF (JCx)

**ORDER OF DISMISSAL**

**HON. MICHAEL W. FITZGERALD**

    Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders Plaintiff's claim to be, and is, dismissed with prejudice while the claims of the putative class members are dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 27, 2016

_____

Hon. Michael W. Fitzgerald
U.S. DISTRICT JUDGE

PROOF OF SERVICE